R. Matthew Pettigrew, Jr.
Markowitz & Richman
Suite 2020
123 South Broad Street
Philadelphia, PA 19109
215-875-3132
Attorneys for Plaintiffs

---

| | |
|---|---|
| William J. Einhorn, Administrator of Teamsters Health & Welfare Trust Fund of Philadelphia & Vicinity and Teamsters Pension Trust Fund of Philadelphia & Vicinity,<br><br>      Plaintiff<br><br>  v.<br><br>Rexxy, Inc.,<br><br>      Defendant | : United States District Court<br>:<br>: District of New Jersey<br>:<br>:<br>:<br>: Civil Action<br>:<br>: No. 12-7277 (RBK)(KMW)<br>:<br>:<br>: |

---

### Default Judgment

---

This action having been commenced on November 26, 2012, and copies of the complaint and the summons having been served on the defendant on December 12, 2012, and the defendant not having responded to the complaint as provided by the Federal Rules of Civil Procedure, and the time for answering having expired, it is ORDERED, ADJUDGED and DECREED:

That judgment is hereby entered against the defendant in favor of the plaintiffs in the total amount of $6,793.74, which amount includes: $3,596.00 in unpaid benefit fund contributions; $2,670.00 in attorney's fees; and $527.74 in litigation costs.


_September 3, 2013_
DATE

_[signature]_
U.S.D.J.